UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES NELSON,<br><br>Defendant. | Criminal No. 14-78 (ESH) |

## ORDER

In a hearing before Magistrate Judge Robinson on January 29, 2015, defendant James Nelson entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

SO ORDERED.

ELLEN SEGAL HUVELLE
United States District Judge

Date: February 13, 2015